UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: THE FORECLOSURE OF A DEED ) | |
| OF TRUST EXECUTED BY CHRISTIAN P. ) | |
| NAEF AND KATHRYN M. NAEF DATED ) | |
| FEBRUARY 19, 2008 AND RECORDED IN ) | JUDGMENT |
| BOOK 5282 AT PAGE 1610 IN THE NEW ) | |
| HANOVER COUNTY PUBLIC REGISTRY, ) | |
| NORTH CAROLINA ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the motion of Wells Fargo Bank, N.A. to remand this matter to the New Hanover Superior Court.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered December 3, 2010, that the motion of Wells Fargo Bank, N.A. is granted, and this case is remanded to the North Carolina General Court of Justice, Superior Court Division, New Hanover County.

**This Judgment Filed and Entered on December 6, 2010, and Copies To:**

Brian C. Fork (via CM/ECF Notice of Electronic Filing)
Christian P. and Kathryn M. Naef (via U.S. Mail) 3802 New Holland Drive,
  Wilmington, NC 28412
Clerk of New Hanover County Superior Court (via U.S. Mail) PO Box 2023,
  Wilmington, NC 28402


December 6, 2010         DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk